UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:05-cr-447-T-23MAP

JARRETT CANNION
_____/

### ORDER

Cannion moved (Doc. 139) for a reduction of sentence, which was denied (Doc. 140). Cannion moved for reconsideration (Doc. 141), which was also denied (Doc. 142). Cannion appeals and moves (Doc. 145) for leave to proceed *in forma pauperis*. The Magistrate Judge (1) considered the motion, (2) issued his report (Doc. 146), (3) found that the appeal is frivolous, and (4) recommends denial of Cannion's motion. Cannion objects (Doc. 149) to the report and recommendation.

Cannion's objection (Doc. 149) is **OVERRULED**, the report and recommendation (Doc. 146) is **ADOPTED**, and the motion for leave to appeal *in forma pauperis* (Doc. 145) is **DENIED**.

ORDERED in Tampa, Florida, on March 25, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE